1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6  J.D. JONES BARTON,

7                                    Plaintiff,

8       v.                                                    No. C13-5382 BHS/KLS

9  JOHN D. SNAZA, JAMES DOWNING,              ORDER GRANTING EXTENSION OF
   GEORGE EATON, DEBORAH                       TIME TO RESPOND TO SECOND
10 THOMPSON, VALERIE PETERS,                   ORDER TO SHOW CAUSE
   THREASA BECKER, TODD L. THOMA,
11 JON TUNHEIM, SCOTT M. JACKSON,
   OLIVIA ZHOU,
12

13                                   Defendants.

14       By Order dated May 5, 2013, Plaintiff was ordered to show cause why this matter should

15 not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined

16 in the Court's order. ECF No. 9. Plaintiff was given a deadline to amend or show cause by

17 June 28, 2013. *Id.* On June 18, 2013, Plaintiff filed a motion to extend his deadline until July 5,

18

19 2013 because he has limited use of the law library. ECF No. 11. Accordingly, it is

20 **ORDERED:**

21       (1)     Plaintiff's motion for extension of time (ECF No. 11) is **GRANTED**. Plaintiff

22 must show cause or file his amended complaint on or before **July 5, 2013**, or the Court will

23 recommend dismissal of this action.

24 //

25 //

26

ORDER - 1

(2)     The Clerk is directed to send a copy of this Order to Plaintiff.


**DATED** this  19th  day of June, 2013.


Karen L. Strombom
United States Magistrate Judge

ORDER - 2