UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J.D. JONES BARTON,<br><br>                Plaintiff,<br>   v.<br><br>JOHN D. SNAZA, JAMES DOWNING, GEORGE EATON, DEBORAH THOMPSON, VALERIE PETERS, THREASA BECKER, TODD L. THOMA, JON TUNHEIM, SCOTT M. JACKSON, OLIVIA ZHOU,<br><br>                Defendants. | No. C13-5382 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO SECOND ORDER TO SHOW CAUSE |

By Order dated May 5, 2013, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. ECF No. 9. Plaintiff was given a deadline to amend or show cause by June 28, 2013. *Id.* On June 18, 2013, Plaintiff filed a motion to extend his deadline until July 5, 2013 because he has limited use of the law library. ECF No. 11. Accordingly, it is

**ORDERED:**

(1)    Plaintiff's motion for extension of time (ECF No. 11) is **GRANTED**. Plaintiff must show cause or file his amended complaint on or before **July 5, 2013**, or the Court will recommend dismissal of this action.

//

//

ORDER - 1

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  19th  day of June, 2013.

                                             Karen L. Strombom
                                             United States Magistrate Judge

ORDER - 2