UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J. D. JONES BARTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN D. SNAZA, JAMES DOWNING, GEORGE EATON, DEBORAH THOMPSON, VALERIE PETERS, THREASA BECKER, TODD L. THOMA, JON TUNHEIM, SCOTT M. JACKSON, OLIVIA ZHOU,<br><br>                    Defendants. | No. C11-5985 RBL/KLS<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiffs' Motion for Reconsideration. ECF No. 16. Plaintiff seeks reconsideration of the Court's Order dated May 31, 2013. ECF No. 9. In that Order, the Court denied Plaintiff's motion for the appointment of counsel (ECF No. 8).

Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence. The standard has not been met in this case. In addition, Plaintiff's motion for reconsideration is not timely. Rule CR7(h)(2) provides that motions for reconsideration must be filed within fourteen days after the order to which it relates is filed. Plaintiff's motion for reconsideration was filed on July 5, 2013.

Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion for reconsideration (ECF No. 16) is **DENIED.**

ORDER - 1

(2)   The Clerk shall send copies of this Order to Plaintiff.

**DATED** this 8th day of July, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2