UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J. D. JONES BARTON,<br><br>                            Plaintiff,<br>    v.<br><br>JOHN D. SNAZA, JAMES DOWNING, GEORGE EATON, DEBORAH THOMPSON, VALERIE PETERS, THREASA BECKER, TODD L. THOMA, JON TUNHEIM, SCOTT M. JACKSON, OLIVIA ZHOU,<br><br>                            Defendants. | No. C13-5382 BHS/KLS<br><br>**ORDER DENYING MOTION TO STAY** |

Before the Court is Plaintiff's Motion to Stay. ECF No. 20. Plaintiff requests that the Court stay his July 5, 2013 deadline to respond to the Court's Order to Amend or Show Cause (ECF Nos. 9 and 12). *Id.* Plaintiff filed an amended complaint and a response to the Order to Show Cause on July 5, 2013. ECF Nos. 13 and 14. On the same day, he filed a Motion to Recuse the undersigned. ECF No. 17. This matter was stayed while the motion to recusal was considered by Chief Judge Marsha J. Pechman. ECF No. 19. On July 31, 2013, Plaintiff's motion for recusal was denied. ECF No. 21.

Based on the foregoing, Plaintiff's motion to stay shall be **DENIED as moot.** The Clerk shall send copies of this Order to Plaintiff.

**DATED** this 5th day of August, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1