UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

J. D. JONES BARTON,

                  Plaintiff,

   v.

JOHN D. SNAZA, JAMES DOWNING, GEORGE EATON, DEBORAH THOMPSON, VALERIE PETERS, THREASA BECKER, TODD L. THOMA, JON TUNHEIM, SCOTT M. JACKSON, OLIVIA ZHOU,

                  Defendants.

No. C13-5382 BHS/KLS

**ORDER DENYING MOTION FOR ORDER DIRECTING CLERK**

Before the Court is Plaintiff's Motion for Order Directing Clerk to Provide Plaintiff Copies of All Pro Se Pleadings.  ECF No. 15.  Plaintiff requests an order directing the Clerk to provide him with copies of all of his pleadings and/or filings in this matter "from this day forward." *Id.*  There is no basis for the relief requested by Plaintiff.  All prisoner pro se filers must file their original pleadings and motions with the Court and provide copies to opposing counsel.

It is **ORDERED:**

(1)    Plaintiff's motion for copies (ECF No. 15) is **DENIED.**

(2)    The Clerk shall send copies of this Order to Plaintiff.

**DATED** this <u>5th</u> day of August, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1