UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JD JONES BARTON,

                Plaintiff,

v.

JOHN D. SNAZA, et al.,

                Defendants.

CASE NO. C13-5382 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 47. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is **DISMISSED without prejudice** prior to service for failure to state a claim. Plaintiff's motion to stay (Dkt. 46) is **DENIED.**

Dated this 4th day November, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER